JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERMOSILLO; and MIRIAM HERMOSILLO, as individuals,<br><br>            Plaintiffs,<br><br>Vs.<br><br>GMAC MORTGAGE, LLC FKA GMAC MORTGAGE, and Does 1-10, Inclusive,<br><br>            Defendants | Case No.: 2:11-cv-00824-JFW -SS<br><br>**ORDER GRANTING PLAINTIFFS MICHAEL AND MIRIAM HERMOSILLO'S AND DEFENDANT GMAC MORTGAGE, LLC'S STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Honorable John F. Walter<br>Ctrm.: 16 |

    The Court, having read and considered the Stipulation between Plaintiffs Michael and Miriam Hermosillo (collectively, "Plaintiffs") and Defendant GMAC Mortgage, LLC ("GMACM") (hereinafter Plaintiffs and GMACM shall be referred to as the "Parties") to voluntarily dismiss the above-captioned action, without prejudice, **ORDERS** as follows:

1.  The Stipulation of the Parties is granted.

2.  The entire action is hereby dismissed without prejudice with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 21, 2011  _____
HON. JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE